UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Javed Mobin, | Case No. 19-cv-2810 (WMW/HB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| County Hennepin Public Safty Faci, | |
| Defendant. | |

This matter is before the Court on the March 9, 2020 Report and Recommendation (R&R) of United States Magistrate Judge Hildy Bowbeer. (Dkt. 10.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The March 9, 2020 R&R, (Dkt. 10), is **ADOPTED**.

2. Plaintiff Javed Mobin's applications to proceed *in forma pauperis*, (Dkts. 2, 7), are **DENIED AS MOOT**.

3. This matter is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 22, 2020            s/Wilhelmina M. Wright
                                Wilhelmina M. Wright
                                United States District Judge